In re Estate of Augusta P. Kroening, Deceased.
Selma Kroening, Appellee, v. Eleanor Richards, Appellant.

Gen. No. 43,480.

opinion filed
May 29, 1946; released for publication June 13, 1946. Wachowski & Siemanski, for appellant; Otto Schusterman, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.